

**MINUTE ENTRY**
**DUVAL, J.**
**JANUARY 12, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ACORN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-108** |
| **UNITED STATES ARMY CORPS OF ENGINEERS, ET AL.** | **SECTION "K"(2)** |

On this day was held a status conference to discuss plaintiffs' Motion for Entry of Temporary Restraining Order and to set hearing on Motion for Preliminary Injunction. In attendance were:

Spencer Livingston and Denise Pettijohn for ACORN; and

Fred Hinrichs,

Margaret Groome,

Joe Dicharry,

Les Waguespack,

John Grieshaber,

Denise Frederick, and

Daryl Glorioso for the Army Corps of Engineers.

DATE OF ENTRY **JAN 1 3 2000**

Based on the discussion that ensued:

**IT IS ORDERED** that the Motion for Entry of Temporary Restraining Order is hereby **DENIED**. A temporary restraining order is an extreme measure and is only granted when the plaintiff establishes that there is 1) there is a substantial likelihood it will prevail on the merits, 2) there is a substantial danger that it will suffer irreparable injury; 3) the threatened injury to plaintiff outweighs any harm the injunction may cause defendants; and 4) granting the injunction will not cause harm to the public interest. As construction on the project is not slated to begin in the immediate future, the court is uncertain that the issue is ripe for adjudication. Moreover, through the end of February, the only work on the project is the lock-pile testing. The court does not find that the noise caused by the testing will do irreparable injury to plaintiff. Accordingly,

**IT IS FURTHER ORDERED** that the hearing on ACORN's Motion for a Preliminary Injunction is set for **May 1, 2000 at 9:00 a.m** and is expected to last no more than three days.

**IT IS FURTHER ORDERED** that the plaintiff shall submit briefing in support of its Motion for a Preliminary Injunction, including the issues of standing and ripeness, no later than **5:00 p.m. on Monday, April 10, 2000**. Defendants shall submit briefs in opposition no later than **5:00 p.m. on Monday, April 17, 2000**.

2