FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -1  P 3: 14

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN) | * * * * | |
| Plaintiff | * * | CIVIL ACTION |
| Versus | * * | NO. 00-0108 |
| UNITED STATES ARMY CORPS OF ENGINEERS, RODNEY E. SLATER, SECRETARY, UNITED STATES DEPARTMENT OF TRANSPROTATION | * * * * * | SECTION K  MAG. 2 |
| Defendants | * | |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, though undersigned counsel, comes Plaintiff, ACORN, which respectfully represent the following:

That Denise N. Pettijohn has heretofore represented the plaintiff, ACORN, and that Denise N. Pettijohn desires to enroll as co-counsel in this cause.

**WHEREFORE**, Plaintiff, ACORN, requests that this Honorable Court issue an order enrolling the aforesaid as co-counsel of record.

Respectfully submitted:

_____
Spencer Livingston, LA#1184
ALERT
1024 Elysian Fields Avenue
New Orleans, Louisiana 70117
Telephone: (504) 948-9560

FEB 0 4 2000
DATE OF ENTRY

Fax: (504) 944-7078

CERTIFICATE OF SERVICE

I hereby certify that on the _1_ day of _Feb_, 2000, a copy of the foregoing MOTION TO ENROLL AS CO-COUNSEL OF RECORD was served by depositing same in the U.S. Mail, postage prepaid and properly addressed to the following:

    United States Attorney
    ATTN: Fred T. Hinrichs
    501 Magazine Street
    New Orleans, LA 70130

_____
Spencer Livingston

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN) | * * * * | |
| Plaintiff | * * | CIVIL ACTION NO. 00-0108 |
| Versus | * * | SECTION K  MAG. 2 |
| UNITED STATES ARMY CORPS OF ENGINEERS, RODNEY E. SLATER, SECRETARY, UNITED STATES DEPARTMENT OF TRANSPROTATION | * * * * * | |
| Defendants | * | |

## ORDER

THE FOREGOING MOTION CONSIDERED:

IT IS ORDERED that Denise N. Pettijohn be and hereby is enrolled as co-counsel of record in this case.

Granted this 2nd day of February, 2000, at New Orleans, Louisiana.

_____
JUDGE