IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN) | * * * * | |
| Plaintiff | * * | CIVIL ACTION |
| Versus | * * | NO. 00-0108 |
| UNITED STATES ARMY CORPS OF ENGINEERS, ET AL. | * * * | SECTION K  MAG. 2 |
| Defendants | * | |

## PLAINTIFF'S MOTION FOR ORAL ARGUMENT

NOW COMES Plaintiff, the Association of Community Organizations for Reform Now (ACORN), through the undersigned attorney and respectfully requests oral argument on Defendants', U.S. Army Corps of Engineers and U.S. Department of Transportation, motion to dismiss and for summary judgment before the Honorable Stanwood R. Duval, for the reasons set forth in the attached memorandum.

Spencer Livingston    LA  1184

Denise N. Pettijohn    LA 26463
ALERT
1024 Elysian Fields Avenue
New Orleans, LA  70117
504-948-9560
Attorneys for Plaintiff

DATE OF ENTRY

MAR 3 1 2000

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by mail, postage prepaid this 29th day of March, 2000 to:

Fred T. Henrichs
Assistant U.S. Attorney
501 Magazine Street
2nd Floor
New Orleans, LA  70130

                                              Denise N. Pettijohn

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN)<br><br>    Plaintiff<br><br>Versus<br><br>UNITED STATES ARMY CORPS OF ENGINEERS AND RODNEY E. SLATER, SECRETARY, UNITED STATES DEPARTMENT OF TRANSPORTATION<br><br>    Defendants | CIVIL ACTION<br><br>NO. 00-0108<br><br>SECTION K  MAG. 2 |

## ORDER SETTING HEARING FOR ORAL ARGUEMENT

It is ORDERED that oral argument be heard in Defendants' Motion to Dismiss and for Summary Judgement on April 12, 2000 at 9:30 or as soon thereafter as counsel may be heard.

Done at New Orleans, Louisiana, this 30th day of March, 2000.

Honorable Stanwood R. Duval
District Court Judge