```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2000 APR -7  A 11: 27

                                    LORETTA G. WHYTE
                                          CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN) | * | CIVIL ACTION |
| | * | NO. 00-0108 |
| v. | * | SECTION "K" (2) |
| UNITED STATES ARMY CORPS OF ENGINEERS, ET AL. | * | |

\* \* \* \* \*

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW COMES,** defendant United States of America, who moves for leave to file the attached Reply Memorandum in Support of its Motion to Dismiss, and for Summary Judgment, for reason that plaintiff ACORN has submitted an opposition memorandum composed entirely of argument, and defendant desires to assist the court by addressing same.

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____
FRED T. HINRICHS (#17300)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3129

DATE OF ENTRY
APR 11 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN) | * | CIVIL ACTION |
| | * | NO. 00-0108 |
| v. | * | SECTION "K" (2) |
| UNITED STATES ARMY CORPS OF ENGINEERS, ET AL. | * | |

\* \* \* \* \*

## ORDER

Considering the foregoing motion for leave by the defendant:

**IT IS ORDERED** that leave to file the attached Reply Memorandum in Support of the Motion to Dismiss, and for Summary Judgment filed by defendant, United States of America, be and is hereby  Granted .

New Orleans, Louisiana, this 10th day of April, 2000.

_____
HON. STANWOOD R. DUVAL
United States District Judge