UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ASSOCIATION OF COMMUNITY ORIGANIZATIONS FOR REFORM NOW (ACORN)** | CIVIL ACTION |
| **VERSUS** | NO. 00-108 |
| **UNITED STATES ARMY CORPS OF ENGINEERS, ET AL** | SECTION "K"(2) |

COURTROOM DEPUTY: **WED., APR. 12, 2000  9:30 AM**   COURT REPORTER:
SHEENA DEMAS    JUDGE STANWOOD R. DUVAL, JR.    VICTOR DiGIORGIO


ORAL ARGUMENT

PRESENT:   Spencer Livingston, Denise Pettijohn & Fred Hinrichs


Court begins at 11:55 am.
Case called; all present and ready.
Oral argument by parties.
This matter is SUBMITTED.
Court adjourns at 12:25 pm.


DATE OF ENTRY
APR 1 9 2000

Fee____
Process____
X Dktd____
__ CtRmDep____
Doc.No.____