

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ACORN | CIVIL ACTION |
| VERSUS | NO. 00-108 |
| UNITED STATES ARMY CORPS OF ENGINEERS | SECTION "K"(2) |

## JUDGMENT

Considering the foregoing order,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Rodney Slater, Secretary of the Department of Transportation and the Army Corps of Engineers and against ACORN with each party to bear its own costs.

New Orleans, Louisiana, this 20th day of April, 2000.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 2 0 2000