IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN) | * * * * |
| Plaintiff | * CIVIL ACTION * |
| | * NO. 00-0108 |
| Versus | * * |
| UNITED STATES ARMY CORPS OF ENGINEERS, RODNEY E. SLATER, SECRETARY, UNITED STATES DEPARTMENT OF TRANSPROTATION | * SECTION K  MAG. 2 * * * * |
| Defendants | * |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -3 P 4: 48

LORETTA G. WHYTE
CLERK

## NOTICE OF APPEAL

Notice is hereby given that the Association of Community Organizations for Reform Now (ACORN), Plaintiff in the above named action, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 20th day of April, 2000.

Respectfully submitted,

Denise N. Pettijohn   LA 26463
ALERT
1024 Elysian Fields Avenue
New Orleans, LA  70117
504-948-9560
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that I have on this __3__ day of __May, 2000__ served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed, and postage prepaid.